### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STUDENT DOE, by and through her parents, MOTHER DOE and FATHER DOE, individually and on their own behalf , Plaintiffs, <br><br> v. <br><br> METHACTON SCHOOL DISTRICT, Defendant. | CIVIL ACTION <br><br> NO.  25-1496 |

## O R D E R

**AND NOW**, this 30th day of March, 2026, upon consideration of Defendant's Motion to Dismiss (ECF No. 15) and Plaintiffs' response thereto (ECF No. 18), **IT IS ORDERED** that the Motion to Dismiss is **GRANTED** as to Counts 1, 3, and 4 and the Motion to Dismiss is **DENIED** as to Count 2. The Court grants Plaintiffs leave to replead Counts 1 and 4 on or before April 20, 2026.

BY THE COURT:

/s/ Hon. Kelley B. Hodge

HODGE, KELLEY B., J.